Reversed and Remanded and Memorandum Opinion filed August 12, 2004









Reversed and Remanded and Memorandum Opinion filed
August 12, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01086-CV

____________

 

RELIANT ENERGY
H L & P AND ASPLUNDH TREE EXPERT COMPANY, Appellants

 

V.

 

C. L. BERTANI,
Appellee

 



 

On Appeal from the
334th District Court

Harris County, Texas

Trial Court Cause
No. 01‑25039 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 27, 2003.

On July 26, 2004, the parties filed a joint motion to reverse
and remand for entry of judgment pursuant to a settlement agreement.  See Tex.
R. App. P. 42.1(2)(B).  The motion
is granted.         








Accordingly, we reverse the trial court=s judgment without regard to the
merits and remand the case to the trial court for rendition of judgment in
accordance with the parties= settlement agreement. 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 12, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.